

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00685-CV

John M. **HERMANN** and Conchita L. Hermann,
Appellants

v.

**CREDIT UNION OF TEXAS** and CUTX Debt Securities 1 2022,
Appellees

From the County Court at Law No. 1, Guadalupe County, Texas
Trial Court No. 2025-CV-0203
Honorable W.C. Kirkendall, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: February 11, 2026

MOTION TO DISMISS GRANTED; DISMISSED

Appellants filed a motion to dismiss appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion requests that "each party bear its own costs." However, the motion does not disclose that appellees are in agreement. Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellants. *See id*. at R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM